```
LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PARTLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY<br><br>    Defendants. | Case No. C 05 5149 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** ; AND ORDER<br><br>**HON. PHYLLIS J. HAMILTON** |

   NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 10, 2006          **LEVIN SIMES KAISER & GORNICK LLP**

                               _____
                               Emily Charley
                               Attorneys for Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton

VOLUNTARY DISMISSAL                                          PAGE 1